IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MARCUS RONALD SANDERS**

    **Petitioner**

**v.**                         //        **CIVIL ACTION NO. 1:06CV181**
                                     **CRIMINAL ACTION NO. 1:05CR102**
                                                **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 22, 2006, <u>pro se</u> petitioner, Marcus Ronald Sanders, ("Sanders") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. The Court referred this matter to United States Magistrate Judge John S. Kaull for initial screening and a Report and Recommendation ("R&R") in accordance with Local Rule of Prisoner Litigation 83.09.

On June 4, 2008, Magistrate Judge Kaull issued an R&R recommending that this Court deny and dismiss Sanders's petition with prejudice. The R&R also specifically warned that failure to object to it would result in the waiver of any appellate rights on this issue. Nevertheless, Sanders failed to file any objections.[1]

Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety (civil dkt. no. 23; criminal dkt. no. 132), **DENIES**

---

[1] Sanders's failure to object to the Report and Recommendation not only waives his appellate rights in this matter, but also relieves the Court of any obligation to conduct a <u>de novo</u> review of the issue presented. See <u>Thomas v. Arn</u>, 474 U.S. 140, 148-153 (1985); <u>Wells v. Shriners Hosp.</u>, 109 F.3d 198, 199-200 (4th Cir. 1997).

SANDERS V. USA                          CIVIL ACTION NO. 1:06CV181
                                        CRIMINAL ACTION NO. 1:05CR102

## ORDER ADOPTING REPORT AND RECOMMENDATION

the Petition for Writ of Habeas Corpus (civil dkt. no. 1; criminal dkt. no. 81), and **DISMISSES** this case **WITH PREJUDICE.** The Clerk is ordered to **STRIKE** this case from the Court's docket.

The Clerk is directed to mail a copy of this Order to the pro se petitioner, certified mail, return receipt requested, and to transmit copies of this Order to counsel of record.

Dated: July 2, 2008.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE